# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 13-30241 |
| DAVID B. BASSEN, | ) | |
| | ) | Proceeding Under Chapter 12 |
| Debtor, | ) | |
| | ) | |
| TRUSTBANK | ) | |
| | ) | Adv. Proc. No.: 13-03083 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| DAVID B. BASSEN, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

Default having been entered against the Defendant on September 25, 2013, IT IS ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED.

A. The debt owed by Defendant to Plaintiff is non-dischargeable.

B. Judgment is entered in favor of Plaintiff, TrustBank, and against Defendant, David B. Bassen in the amount of $16,279.00, plus attorney fees in the amount of $752.00, and court costs in the amount of $293.00

ENTERED: October 21, 2013

_____
U.S. BANKRUPTCY JUDGE